**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MARK WEBB, AS ADMINISTRATOR FOR THE ESTATE OF SABINO WEBB, DECEASED, | : : : | No. 549 EAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Respondent | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| VOLVO CARS OF NORTH AMERICA, | : | |
| LLC, VOLVO CARS CORPORATION, | : | |
| GRACO CHILDREN'S PRODUCTS, INC. | : | |
| (D/B/T/A NEWELL RUBBERMAID, INC.), | : | |
| WILLIAM JULIAN, AND ANA  (WEBB) | : | |
| SOARES, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.